# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Elizabeth Toncevich,**

    **Plaintiff,**                                      Case No. 16-10947
                                                                 HON. DENISE PAGE HOOD

**v.**

**Law Offices of Michael R. Stillman, P.C.**
**d/b/a Stillman Law Office**

    **Defendant.**

_____/

## ORDER DISMISSING CASE

On May 25, 2016, Plaintiff filed a Notice of Voluntary Dismissal.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

                                          S/Denise Page Hood
                                          Denise Page Hood
                                          Chief Judge, United States District Court

Dated:  May 26, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 26, 2016, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager